**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JEROME CARITHERS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | FILE NO. 1:16-cv-02223-TCB |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| PHP ENTERPRISES, INC., and | ) | |
| PRAKASH PATEL, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff Jerome Carithers ("Plaintiff") and Defendants PHP

Enterprises, Inc. and Prakash Patel (collectively "Defendants"), by and through

their undersigned counsel, and, in accordance with Rule 41(a)(1)(A)(ii) of the

Federal Rules of Civil Procedure, hereby stipulate to the dismissal, with prejudice,

of all claims asserted by Plaintiff against Defendants in the above-referenced

action.

[*signatures on the following page*]

- 2 -

Stipulated and consented to this 14th day of December, 2016, by:

| | |
|---|---|
| *s/ D. Barton Black* | *s/ Debra Schwartz* |
| D. Barton Black | Debra Schwartz |
| Georgia Bar No. 119977 | Ga Bar No. 631035 |
| bblack@bartonblacklaw.com | des@gaemploymentlawyers.com |
| BARTON BLACK LAW, LLC | James E. Rollins, Jr. |
| 5 Concourse Pkwy, Suite 3200 | Ga Bar No. 613825 |
| Atlanta, GA  30328 | jar@gaemploymentlawyers.com |
| Telephone:404.760.6014 | SCHWARTZ ROLLINS, LLC |
| Facsimile: 678.606.9305 | 945 E. Paces Ferry Rd. |
| | Suite 2270 |
| *Attorney for Plaintiff* | Atlanta, GA 30326 |
| | Telephone: 404.844.4130 |
| | Facsimile: (404) 844-4135 |
| | |
| | *Attorneys for Defendants* |

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to L.R. 7.1D, the undersigned certifies that the foregoing complies with the font and point selections permitted by L.R. 5.1B.  This document was prepared on a computer using the Times New Roman font (14 point).

Respectfully submitted, this 14th day of December, 2016.

> *s/ D. Barton Black*
> D. Barton Black
> Georgia Bar No. 119977
> bblack@bartonblacklaw.com

BARTON BLACK LAW, LLC
5 Concourse Pkwy, Suite 3200
Atlanta, GA  30328
Telephone:  404.760.6014
Facsimile:   678.606.9305

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing **<u>STIPULATION OF</u>**

**<u>DISMISSAL WITH PREJUDICE</u>** with the Clerk of Court using the CM/ECF

system which will send notice to the following attorneys of record:

Debra Schwartz
des@gaemploymentlawyers.com
James E. Rollins, Jr.
jar@gaemploymentlawyers.com
SCHWARTZ ROLLINS, LLC
945 E. Paces Ferry Rd.
Suite 2270
Atlanta, GA 30326

This 14th day of December, 2016.

*s/ D. Barton Black*
D. Barton Black
Georgia Bar No. 119977
bblack@bartonblacklaw.com

BARTON BLACK LAW, LLC
5 Concourse Pkwy, Suite 3200
Atlanta, GA  30328
Telephone:  404.760.6014
Facsimile:   678.606.9305